### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| Plaintiff, | ) ) | |
| | ) | |
| v. | ) | No. 2:26-cv-02171-SHL-tmp |
| | ) | |
| JOHN DOE, subscriber assigned | ) | |
| IP Address 75.65.239.98, | ) | |
| Defendant. | ) ) | |

### JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed February 19, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal (ECF No. 12), filed June 16, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 6, 2026
Date

.